IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MANUEL MAURIQUE and CARMEN ULLOA, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UPLAND CONTRACTING LLC and RICARDO SABLON,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-2817-MHC |

## ORDER

Before the Court is the parties' Joint Motion for Approval of Settlement Agreement and Release [Doc. 22] ("Joint Motion"). The Court has reviewed the Settlement Agreement ("Settlement Agreement"), attached as Exhibit A to the Joint Motion [Doc. 22-1], to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982). Based on its review of the parties' Settlement Agreement and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement for the parties

constitute a fair, reasonable, and adequate resolution of this action; and (2) the Settlement Agreement was reached in an adversarial context where the parties had legal representation.

Upon consideration of the Joint Motion, the Court **ORDERS** that the payment of the settlement amounts shall be made as provided in the Settlement Agreement. The costs of litigation, including attorneys' fees, shall be paid as stated in the Settlement Agreement.

Accordingly, the Court **GRANTS** the Joint Motion for Approval of Settlement Agreement and Release [Doc. 22], **APPROVES** the parties' Settlement Agreement, and hereby **DISMISSES** all claims in the above-styled action **WITH PREJUDICE**.

**IT IS SO ORDERED** this 15th day of June, 2016.

_____
MARK H. COHEN
United States District Judge